# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| NORI AUSTRALIA ROSADO DE MEDRANO | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| ANDREW SAUL, Commissioner of the Social Security Administration | : | NO. 18-5076 |

## ORDER

**AND NOW**, this 13th day of April, 2020, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 13), the Commissioner's Response thereto (Document No. 15), Plaintiff's Reply (Document No. 16), and the court's Memorandum of today, it is hereby **ORDERED** that:

1. The Request for Review is **GRANTED**;

2. This case is remanded to the Commissioner so that it can be re-assigned to a properly-appointed Administrative Law Judge who is different from the one who originally heard Plaintiff's case.

**BY THE COURT:**

   */s Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
United States Magistrate Judge